IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>        vs.<br><br>GUY EUGENE ALLEN,<br><br>                        Defendant. | 8:05CR30<br><br>**ORDER** |

This matter is before the Court on the defendant's motion for a copy of his Plea Agreement (Filing No. 21) and a copy of his Criminal Docket Sheet. The Court notes that the defendant was sentenced on July 27, 2005, and that no appeal was filed. The time to file such an appeal has long since passed, and the Court is unable to provide copies of pleadings without prepayment of the costs therefor. Accordingly,

IT IS ORDERED that the defendant's Motion for Copies [53] is denied without prejudice. Defendant may contact the Office of the Clerk of the United States District Court concerning the cost for copies of his Plea Agreement and Criminal Docket Sheet.

Dated this 27th day of June, 2013.

                                        BY THE COURT:

                                        s/ F.A. Gossett, III
                                        United States Magistrate Judge